138

THE STATE EX REL. SOVEL, APPELLANT, *v.* PRICE INLAND TERMINAL
COMPANY; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Sovel v. Price Inland Terminal
Co.* (1998), 83 Ohio St.3d 138.]

(No. 96–2638—Submitted July 15, 1998—Decided September 16, 1998.)

*Barkan & Neff, L.P.A.,* and *Robert E. DeRose,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant
Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.